BEFORE THE SECOND DIVISION, OCTOBER 5, 1966

**No. P66/243.**—J. D. Richardson & Co. et al. *v.* United States, protests 62/7889, etc. (Detroit).

RAO, C.J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protests, described as "Water pump shaft assemblies," is similar in all material respects to the merchandise

the subject of *United States* v. *Ford Motor Company* (51 CCPA 22, C.A.D. 831), the claim of the plaintiffs was sustained.